# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 26, 2019

*By the Court:*

| | |
|---|---|
| No. 18-1910 | DAMON GOODLOE, <br> Plaintiff - Appellant <br><br> v. <br><br> KUL SOOD, et al., <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 4:16-cv-04062-JES <br> Central District of Illinois <br> District Judge James E. Shadid | |

Upon consideration of the **MOTION TO WITHDRAW KELLY C. HOLT AS COUNSEL AND SUBSTITUTE ROBERT N. STANDER AS COUNSEL OF RECORD**, filed on June 26, 2019, by Attorney Kelly C. Holt,

**IT IS ORDERED** that the motion is **GRANTED** and attorney Kelly C. Holt may withdraw from further involvement in this matter. Attorney Robert N. Stander will serve as appointed counsel for the appellant. The clerk will update the court's docket accordingly.

form name: c7_Order_BTC(form ID: 178)