UNITED STATES DISTRICT COURT FOR the
CENTRAL DISTRICT of ILLINOIS

Damon Goodloe, pro se,                    )    No. 4:16-cv-4062
      Plaintiff,                     )
                                           )
                                           )
v.                                         )    Judge James E. Shadid
                                           )
                                           )
                                           )
Dr.Sood, et. al.,                          )
      Defendants.                    )
                                           )

### Plaintiff's Motion Requesting that the Court Order Defendant Dr.Sood to Honor Settlement Agreement.

Now Comes the Plaintiff Damon Goodloe, pro se with a motion requesting that the Court order Defendant Dr.Sood to honor the settlement agreement reached with Plaintiff on October 13, 2020, and send Plaintiff the money judgment agreed upon.

1.    On October 13, 2020, Plaintiff and Defendant's attorney Brent Colbert had a video coference held before Magistrate Judge Jonathan E. Hawley, where a settlement was reached between both parties.

2.    Defendant's attorney Brent Colbert stipulated on record that Plaintiff would have the settled amount of money within 30 days.

3.    On November 19, 2020, Plaintiff received documentation to finalize the settlement agreement, which Plaintiff mailed back to Attorney Brent Colbert on November 20, 2020, to address Cassiday Schade LLP, 111 North Sixth Street, 2nd Floor, Springfield, IL 62701 labeled and sealed as legal mail. See Exhibit 1, Plaintiff's receipt for additional postage for the 8 page legal mail sent to Attorney Brent Colbert.

4.    Today is January 20, 2021 , and the above mentioned documentation has not been returned to Plaintiff as return to sender mail, so Attorney Brent Colbert should have received the documents by now.

5.    Plaintiff has not received another letter from Defendant's attorney to finalize the settlement agreement as of today January 20, 2021.

6. Plaintiff has written Defendant's attorney Brent Colbert several different times and had his Family call, fax, email, and message Defendant's attorney concerning this matter to no avail.

7. Defendant's attorney Brent Colbert keep requesting extensions of time for the only purpose of undue delay.

**WHEREFORE**, for the above reasons, Plaintiff Damon Goodloe, pro se respectfully requests this Honorable Court to grant his motion and order Defendant Dr.Kul Sood to honor the settlement agreement reached with Plaintiff and send the money judgment agreed upon or such further relief deemed appropriate.

Date: 1-20-21

Respectfully submitted,

/s/ Damon Goodloe

Damon Goodloe  #K-72127
P.O. Box 1700
Galesburg, IL 61401

2.

Damon Goodloe, pro se,            )    No. 4:16-cv-4062
         Plaintiff,            )
                                )
                                )
v.                               )    Judge James E. Shadid
                                )
                                )
Dr.Kul Sood, et. al.,          )
         Defendants.        )

**Plaintiff's Renewed Motion Seeking Interest On Settled Money Judgement**

Now Comes the Plaintiff Damon Goodloe, pro se, with a renewed motion under 28 § 1961 of the Federal Rules of Civil Procedure, requesting the Court to order Defendant Dr.Sood to pay interest on the money settlement reached with Plaintiff on October 13,2020, and Plaintiff states as follows:

1. Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calender week proceeding.

2. On October 13, 2020, Plaintiff and Defendant"s Attorney Brent Colbert had a video settlement conference held before Magistrate Judge Jonathan E. Hawley, where a settlement was reached between both parties.

3. Defendant's Attorney Brent Colbert stipulated on record that Plaintiff would have the agreed upon settled amount of money within 30 days.

4. On November 19, 2020, Plaintiff received documentation to finalize the settlement agreement, which Plaintiff mailed back to Attorney Brent Colbert on November 20, 2020, to address    Cassiday Schade LLP, 111 North Sixth Street, 2nd Floor, Springfield,IL 62701, labeled and sealed as "legal mail." See Exhibit 1, Plaintiff's receipt for additional postage for 8 page legal mail sent to Attorney Brent Colbert.

5. Today is January 20,2021, and the above mentioned documentation has not been returned to Plaintiff as "return to sender mail," so Attorney Brent Colbert should

have received the douments by now.

6.     Plaintiff has not received another letter from Defendant's attorney to finalize the settlement agreement as of today January 20, 2021.

7.     Plaintiff has written Defendant's Attorney Brent Colbert several different times and had his Family call, fax, email, and message Defendant's attorney concerning this matter to no avail.

8.     Defendant's Attorney Brent Colbert keep requesting extensions of time from this Honorable Court for the only purpose of an undue delay.

9.     Defendant Dr.Sood is not honoring the settlement agreement that was made before Magistrate Judge Jonathan E. Hawley at the settlement conference and on record because today is January 20, 2021, and Plaintiff has not heard from Attorney Colbert.

**WHEREFORE,** Plaintiff Damon Goodloe, pro se, respectfully requests this Honorable Court to grant his renewed motion requesting interest on the agreed upon settlement money with Defendant Dr.Kul Sood or such further relief deemed appropriate.

Date: 1-20-21

Respectfully submitted,

/s/ Damon Goodloe

Damon Goodloe
#K-72127
P.O. Box 1700

2

Damon Goodloe, pro se, K-72127       )
Plaintiff/Petitioner                 )
                                     )
        Vs.                          )
                                     )    No. 4:16-cv-4062
Dr.Kul Sood, et. al.,                )
Defendant/Respondent                 )
                                     )

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. District Court                    TO:_____

Central District Of ILLINOIS              _____
100 N.E. Monroe
Peoria, Illinois 61602                    _____

TO:_____                TO:_____

_____                   _____

_____                   _____

_____                   _____

1.   Plaintiff's motion requesting that the Court order defendant to honor settlement.

2.   Plaintiff's renewed motion seeking interest on settled money judgment.

3.   Exhibit 1, Plaintiff's postage receipt.

4.   _____

5.   _____

6.   _____

PLEASE TAKE NOTICE that on _____January 20, 2021_____, 20___, I placed the attached or
enclosed documents in the institutional mail at ___Hill___ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service.   E-Filed in Law library.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury,
that I am a named party in the above action, that I have read the above documents, and that the
information contained therein is true and correct to the best of my knowledge.

Dated: ___1-20-21___

                              /s/ Damon Goodloe
                              Name: Damon Goodloe
                              IDOC#: K-72127
                              Address: P.O. Box 1700
                                       Galesburg, IL 61401

Exhibit 1

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____ Date _11-19-20_

Offender Name _Damon Goodloe_ ID# _K-73137_ Housing Unit _B3P-74_

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Additional Postage for legal envelope (LEGAL MAIL)_

☑ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Damon Goodloe_ ID# _K-73137_

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _15_ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)