E-FILED
Thursday, 04 February, 2021 03:54:42 PM
Clerk, U.S. District Court, ILCD

041276/19344/PEH/JNR/BJC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAMON GOODLOE,<br><br>        Plaintiff,<br><br>v.<br><br>DR. SOOD, Doctor of Illinois Department of Corrections-Hill C.C., P. BLOOMFIELD, Nurse Practitioner of Illinois Department of Corrections-Hill C.C., LOIS LINDORFF, Health Care Unit Administrator of Illinois Department of Corrections-Hill C.C., R. BROWN, Director of Nurses - Illinois Department of Corrections -Hill C.C., and DR. FISHER, Doctor of Illinois Department of Corrections - Hill C.C.,<br><br>        Defendants. | No. 16-cv-4062<br><br>Chief Judge James E. Shadid |

## RESPONSE TO MOTION TO ENFORCE SETTLEMENT

NOW COMES the Defendant, DR. KUL SOOD, by and through his attorneys, CASSIDAY SCHADE LLP, and for his Response to Plaintiff, DAMON GOODLOE's Motion to Enforce Settlement [d/e 110], states as follows:

    1.    On October 13, 2020, the Court held a settlement conference with the parties and a settlement agreement was reached.

    2.    The undersigned sent Plaintiff documentation to finalize the settlement agreement on November 10, 2020.

    3.    On November 30, 2020, shortly after Defendant filed a Motion for Extension of Time stating the undersigned had not yet received Plaintiff's executed release, the undersigned received Plaintiff's executed release.

4. Due to inadvertent oversight, partially caused by Plaintiff's refusal to provide his social security number in discovery, the authorization for the settlement funds was delayed.

5. On January 28, 2021, the undersigned sent Plaintiff the settlement funds with a Stipulation to Dismiss form to execute and return.

6. At the time of filing, the undersigned has not yet received Plaintiff's executed stipulation to dismiss, but Plaintiff should be in receipt of the agreed settlement funds.

7. Plaintiff's Motion to Enforce the settlement agreement should be denied as moot because the settlement funds were sent. The only outstanding matter is Plaintiff's execution of the stipulation to dismiss.

8. Lastly, Plaintiff requests the Court apply interest on the settlement. Plaintiff offers no support for his contention his request is appropriate or that he is entitled to interest on the settlement.

9. A settlement agreement is enforced as a contract, and where, as here, the parties are not diverse, state law applies. *Lynch, Inc. v. SamataMason Inc.*, 279 F.3d 487, 489 (7th Cir. 2002). Under Illinois law, "[w]hen the language of a contract is clear, a court must determine the intent of the parties solely from the plain language of the contract." *Premier Title Co. v. Donahue*, 328 Ill. App. 3d 161, 765 N.E.2d 513, 516, 262 Ill. Dec. 376 (Ill. App. Ct. 2002). In this case, the agreed General Release[1] includes a provision releasing a claim for interest on the settlement amount. Plaintiff's request for interest should be denied.

WHEREFORE, for the above reasons, Defendant requests this Honorable Court deny Plaintiff's Motion to Enforce the Settlement Agreement as moot and deny his request for interest.

---

[1] A copy of the general release can be provided under seal to the Court if necessary.

Respectfully Submitted,

CASSIDAY SCHADE LLP

By: /s/ Brent J. Colbert
    One of the Attorneys for Defendant, DR. KUL SOOD

Brent J. Colbert
6312563
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
bcolbert@cassiday.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, I electronically filed the foregoing Response to Motion to Enforce Settlement with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

and I hereby certify that a true and correct copy of the foregoing Response to Motion to Enforce Settlement was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail in Springfield, Illinois, with proper postage prepaid, on February 4, 2021. Under penalties as provided by law, I certify that the statements set forth herein are true and correct:

PRO SE:
Damon Goodloe
IDOC #K72127
Hill Correctional Center
Inmate Mail/Parcels
P.O. Box 1700
Galesburg IL 61401
(309) 343-4212

/s/ Brent J. Colbert

9729819 BCOLBERT;BCOLBERT