Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **DAMON GOODLOE,** | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 16-4062 |
| **JOHN BALDWIN, STEPHANIE DORETHY, S. SCULTZ, STEVE GANS, LESLIE McCARTY, KUL SOOD, PAMELA BLOOMFIELD, LOIS LINDORFF, RUTH ANN BROWN, NEIL FISHER, DANIEL TOWNE, CINDY HOBROCK, ARTHUR FRANK, L. SHICKER, DR. WHITTLE, JOHN DOE and JANE DOE,** | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff, Damon Goodloe's, action against Defendant Kul Sood, is dismissed with prejudice, and each party to bear their own costs. It is further ordered and adjudged that Defendants Baldwin, Dorethy, Scultz, Gans, McCarty, Towne, Hobrock, Funk, Shicker, Whittle, John Doe and Jane Doe were dismissed on 8/1/2016; Defendant Lindorff was dismissed on 6/5/2017; and Defendants Bloomfield, Brown, and Fisher were dismissed on 3/20/2018. Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated:**   2/23/2021

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court