United States District Court for the
Central District of Illinois

Damon Goodloe, pro se,  ) No. 4:16-cv-4062
    Plaintiff,  )
        )
v.  ) Judge James E. Shadid
        )
Dr. Sood, et. al.,  )
    Defendants.  )

### Plaintiff's Motion For Stipulation of Dismissal Only Upon Receiving Agreed Upon Settlemnt Money From Defendants.

Now Comes the Plaintiff Damon Goodloe, pro se with this motion for stipulation of dismissal only upon receiving the agreed upon settlement money from Defendants and Plaintiff states as follows:

1. Plaintiff has never received a specific document to sign and return for stipilation of dismissal from the Court or Defendants.

2. All of Plaintiff's court filings are done pro se by himself, and he is unaware of how to accurately file said stipulation of dismissal or if it is a specific document from the Court or Defendants.

3. Plaintiff is filing this motion in Good Faith pursuant to the Text Order entered by Judge James E. Shadid on 2/5/21, ordering Plaintiff to sign a stipulation of dismissal within 14 days of above mentioned date.

4. Plaintiff is only agreeing on the stipulation of dismissal upon receiving the full amount of agreed settlement money from the Defendants which Plaintiff hasn't received of this day of February 11, 2021.

    WHEREFORE, for the above reasons, Plaintiff Damon Goodloe, pro se respectfully requests this Honorable Court to grant his motion and order Defendants to honor the settlement agreement reached with Plaintiff and send the money judgment agreed upon or such further relief deemed appropriate.

Date: 2-11-21

Respectfully submitted,
/s/ Damon Goodloe
Damon Goodloe #K-72127