United States District Court [for] the
Central District of Illinois

Damon Goodloe, pro se  )
    Plaintiff,  )
    )  No. 4:16-cv-04062
    )
v.  )
    )  Judge James E. Shadid
    )
Dr. Sood, et. al.,  )
    Defendants.  )

### Plaintiff's Motion Objecting to Defendant's [Asse]rtion that Plaintiff has Received the Settlement [Proce]eds.

Now Comes the Plaintiff Damon Goodloe, pro se w[ith his] motion objecting to the Defendants assertion that Plaintiff has received th[e set]tlement proceeds.

1. On February 10, 2021, Plaintiff received a Te[xt Ord]er entered by Judge James E. Shadid on February 5, 2021, through the prison's r[egular] mail system (not legal mail), informing Plaintiff that the Defendants claimed th[at Pla]intiff received the settlement proceeds.

2. Plaintiff has not received the settlement pro[ceeds] as of today February 11, 2021.

3. The Defendants have deceived this Honorable C[ourt] with that assertion.

4. The last mail that the Plaintiff signed for a[nd re]ceived through legal mail from Defendants was the second motion for extensio[n of ]time they filed.

5. Plaintiff has never received any document fro[m thi]s Court or the Defendants to sign for stipulation of dismissal.

6. All incoming mail from attorneys or law firms [are ]personally delivered to an inmate's cell door by a correctional officer and i[s ope]ned in front of the inmate, examined, and signed by the inmate as required by [priso]n rules and as proof of receiving said documents.

7. Plaintiff has not signed or received any inco[ming] legal mail from the Defendants at any time in this new year of 2021 as Defendant[s asse]rt.

8. Defendants lied to this Honorable Court for [the s]ly purpose of an undue delay in sending Plaintiff the agreed upon settlement m[oney].

1.

9. Defendants also is deceiving the Court by asser[ting] that the delays are attributable to both parties, which is false, because Plaintiff [pr]omptly answered and signed whatever was required of him after receiving anythi[ng fro]m the Court or Defendants.

WHEREFORE, for the above reasons, Plaintiff Damon G[oodloe], pro se respectfully requests this Honorable Court to grant his motion and Order [Defend]ants to honor the settlement agreement reached with Plaintiff and send the money [settlem]ent agreed upon or such further relief deemed appropriate.

Date: 2-11-21

Respectfully submitted,

/s/ Damon Goodloe
Damon Goodloe
#K-72127
P.O. Box 1700
Galesburg, IL 61401

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

Damon Goodloe, pro se #K-72127 )
Plaintiff/Petitioner )
)
Vs. ) 4:16-cv-4062
Dr. Sood, et. al., )
Defendant/Respondent ) Judge James E. Shadid
)

PROOF/CERTIFICATE OF SERVICE

TO: U.S. District Court  TO:
Central District of Illinois
federal Building
100 N.E. Monroe
Peroia, IL 61602

TO: _____  TO: _____

1. Plaintiff's motion objecting to defendants motion Plaintiff received proceeds from agreed upon settlement.
2. Plaintiff's motion for stipulation of dismissal only upon receiving agreed upon settlement money from Defendants.
3.
4.
5.
6.

PLEASE TAKE NOTICE that on __February 11,__ 20_21_, I placed the attached or enclosed documents in the institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service. To be E-filed through the prison's law library e-file system.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Dated: __February 11, 2021.__

/s/ _Damon Goodloe_
Name: _Damon Goodloe_
IDOC# _K-72127_
Address: _P.O. Box 1700_
_Galesburg, IL 61401_